632

No. 369. MILLER ET AL. *v.* PYRITES CO., INC. ET AL.; and

No. 370. MERRELL ET AL. *v.* SAME. November 19, 1934. Petition for rehearing denied. See *ante,* p. 604.

No. 9. ROWLEY, TREASURER, ET AL. *v.* CHICAGO & NORTHWESTERN RY. CO. December 3, 1934. Petition for rehearing denied. See *ante,* p. 102.

No. 11. MCCANDLESS, RECEIVER, *v.* FURLAUD ET AL. December 3, 1934. Petition for rehearing denied. See *ante,* p. 67.

No. 32. BROTHERHOOD OF LOCOMOTIVE FIREMEN AND ENGINEMEN ET AL. *v.* PINKSTON. December 3, 1934. Petition for rehearing denied. See *ante,* p. 96.

No. 303. GASS v. WETMORE ET AL. December 3, 1934. Petition for rehearing denied. See *ante,* p. 556.

No. 397. MAXFIELD *v.* CANADIAN PACIFIC RY. CO. December 3, 1934. Petition for rehearing denied. See *ante,* p. 610.

No. 401. SABINE TOWING CO., INC. ET AL *v.* BRENNAN, ADMINISTRATRIX, ET AL. December 3, 1934. Petition for rehearing denied. See *ante,* p. 611.

No. 62. WETZEL *v.* FULTON, SUPERINTENDENT OF BANKS. December 10, 1934. Petition for rehearing denied. See *ante,* p. 531.